UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/09
```

BLACK DIAMOND ENTERPRISES LLC.,
et al,

                    Plaintiffs,

-v-

LAURENCE WOOD, et al

                    Defendants.

No. 06 Civ. 05807 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The above-entitled action has been reassigned to my docket.

    IT IS HEREBY ORDERED that, by **4:00 p.m. on June 19, 2009** the parties shall jointly submit a letter, not to exceed five (5) pages, providing, in separate paragraphs:

(1)    A brief statement of the nature of the action and the principal defenses thereto;

(2)    A brief explanation of why jurisdiction and venue lie in this court;

(3)    A brief description of all outstanding motions and/or outstanding requests to file motions;

(4)    A brief description of any discovery (remaining), specifying that which is necessary for the parties to engage in meaningful settlement negotiations;

(5)    A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6)    The estimated length of trial; and

(7)    Any other information that you believe may assist this Court in resolving this action.

SO ORDERED.

DATED:    June 5, 2009
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE