UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/09
```

BLACK DIAMOND ENTERPRISES, LLC, *et al.*

          Plaintiffs,

-v-

LAURENCE WOOD, *et al.*,

          Defendants.

No. 06 Civ. 5807 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT the September 18, 2009 status conference in this matter will now be conducted at 9:00 a.m.

SO ORDERED.

Dated:    August 10, 2009
          New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE