UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/09
```

BLACK DIAMOND ENTERPRISES, LLC, *et al.*

Plaintiffs,

-v-

LAURENCE WOOD, *et al.*,

Defendants.

No. 06 Civ. 5807 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons discussed at the status conference held on September 18, 2009, the parties are to continue to abide by the Case Management Plan entered on July 31, 2009.

SO ORDERED.

Dated:   September 21, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE