UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/09

BLACK DIAMOND ENTERPRISES, LLC, *et al.*

                Plaintiffs,

-v-

LAURENCE WOOD, *et al.*,

                Defendants.

No. 06 Civ. 5807 (RJS)(GWG)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Case Management Plan issued in this matter on July 31, 2010 required the parties to submit pre-motion letters no later than December 7, 2009 and appear for a post-discovery conference on December 17, 2009. By Order dated October 28, 2009, however, the Court referred this matter to Magistrate Judge Gorenstein for pre-trial practice. Accordingly,

    IT IS HEREBY ORDERED THAT the December 7, 2009 deadline and December 17, 2009 conference are canceled.

    IT IS FURTHER ORDERED THAT the parties shall continue before Judge Gorenstein through mediation or other ADR. The parties shall update this Court on the status of their case within seven days of completing mediation, but in no event later than January 29, 2010.

SO ORDERED.

Dated:     December 8, 2009
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE